IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |  |
|---|---|---|
| MELISSA VILLAREAL, | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. SA-18-CA-721-FB |
| CENTRAL CREDIT SERVICES, LLC, | § | |
| Defendant. | § | |

**ORDER GRANTING UNOPPOSED MOTION TO EXTEND DEADLINE**

Before the Court is the Unopposed Motion to Extend Deadline to File Dismissal Documents filed on January 7, 2019 (docket #16). Because the parties remain in the process of meeting the conditions of the settlement agreement, plaintiff asks the Court to extend the deadline to file the dismissal documents to February 6, 2019. The Court finds the unopposed motion has merit and should be granted.

Accordingly, IT IS HEREBY ORDERED that the Unopposed Motion to Extend Deadline to File Dismissal Documents (docket #16) is GRANTED such that the deadline for the parties to submit their settlement papers/stipulation of dismissal and any appropriate supporting documents is extended to **Wednesday, February 6, 2019**.

It is so ORDERED.

SIGNED this 8th day of January, 2019.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE